IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **SHELBY LENKEY,** | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO. 2:22-cv-01424 |
| **ROSTRAVER/WEST NEWTON EMERGENCY SERVICES and SEWICKLEY TOWNSHIP COMMUNITY AMBULANCE SERVICE,** | ) |
| Defendant. | ) |

**STIPULATION OF DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(2), the parties stipulate to the dismissal of the above captioned matter with prejudice. The parties shall bear their own costs and attorneys' fees. This Court shall retain jurisdiction.

Date: July 11, 2023

/s/ *Nicholas W. Kennedy*
Nicholas W. Kennedy, Esquire
PA ID No. 317386
Quatrini Law Group
550 East Pittsburgh Street
Greensburg, PA 1560
nwk@qrlegal.com
(724) 837-0080
*Attorney for Plaintiff*

Respectfully Submitted,

/s/ *Lauren Despot. Krofcheck*
Lauren Despot Krofcheck, Esquire
PA ID No. 206258
Gerard J. Cipriani, Esquire
PA ID No. 28854
Cipriani & Werner, P.C.
650 Washington Road, Suite 700
Pittsburgh, PA 15228
lkrofcheck@c-wlaw.com
gcipriani@c-wlaw.com
(412) 563-2500
*Attorneys for Defendents*

**ORDER OF COURT**

It is so ordered.

Date: 7/11/2023

BY THE COURT:

_____
Hon. William S. Stickman IV
United States District Judge